# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D O C TRANSPORTATION INC., a California corporation<br><br>Plaintiff,<br><br>v.<br><br>S & J PIXLEY INVESTMENTS, LLC, a California Limited Liability Company; INTERNAL REVENUE SERVICE, a United States agency; FRANCHISE TAX BOARD, a California state agency; and DOES 1 through 50, inclusive,<br><br>Defendant(s). | **CASE NO.: 5:17-cv-01176-FMO-DTB**<br><br>Assigned for all purposes to:<br>Hon. Judge Fernando M. Olguin<br><br>**ORDER TO DISMISS DEFENDANT THE UNITED STATES OF AMERICA AND TO REMAND**<br><br>[Filed Concurrently with Stipulation] |

JS-6

IT IS HEREBY ORDERED that, pursuant to the stipulation of the parties and good cause appearing therefore,

1. The Fourth and Fifth causes of action for quiet title and declaratory relief of the First Amended Complaint shall be dismissed, without prejudice, in the present action titled *DOC Transportation Inc. v. S&J Pixley Investments, LLC*, et

1

al. Case No. 5:17-cv-01176-FMO-DTB, pursuant to Federal Rules of Civil Procedure, Rule 41; and

    2. The present action shall be remanded to the San Bernardino County State Court, Case No. CIVDS1611021.

Dated: September 20, 2017                      _____/s/_____

                                                                                Hon. Fernando M. Olguin
                                                                                United States District Judge